No. 5481.  SCHLANGER v. SEAMANS, SECRETARY OF THE AIR FORCE, ET AL.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 146.  ABEX CORP. v. FEDERAL TRADE COMMISSION.  C. A. 6th Cir.  Certiorari denied.

No. 191.  SAMS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 251.  CALIFORNIA ET AL. v. IMBLER.  C. A. 9th Cir.  Certiorari denied.

No. 354.  RAMOS v. THE DETROIT ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 372.  WILSON ET AL. v. BLOUNT, POSTMASTER GENERAL, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 381.  JENKINS v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 399.  LYKES-YOUNGSTOWN CORP. ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 400.  ZELECHOWER ET AL. v. YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 407.  DECCA LIMITED v. UNITED STATES.  Ct. Cl.  Certiorari denied.